UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID BOURKE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20 C 4427 |
| | ) | |
| v. | ) | Judge Alonso |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Defendant United States of America, by its attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, and plaintiff David Bourke submit the following joint status report:

1. The parties have exchanged written discovery.

2. The United States will depose Bourke at the end of April 2023, and Bourke will begin deposing VA treaters in May 2023.

3. The parties are not engaged in settlement discussions at this time.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Nicole Flores
    NICOLE FLORES
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9082
    nicole.flores3@usdoj.gov

s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
Joel A. Flaxman
200 S. Michigan Ave., Ste. 201
Chicago, Illinois 60604
(312) 427-3200
knf@kenlaw.com